# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE ELDERWIN NEWSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TODD SCHAFFER,<br><br>　　　　　Defendant.<br>_____/ | 1:10cv01491 DLB PC<br><br>ORDER DIRECTING CLERK OF COURT TO REDESIGNATE ACTION AS A REGULAR CIVIL CASE |

　　Plaintiff Wayne Elderwin Newson ("Plaintiff") is proceeding pro se with his complaint pursuant to 42 U.S.C. § 1983 on August 18, 2010.  Review of the complaint reveals that Plaintiff's civil rights case does not involve the conditions of his confinement.

　　Therefore, the Clerk of Court is DIRECTED to redesignate this action to reflect that it is a regular civil case.

　　No scheduling conference should be set at this time.


　　IT IS SO ORDERED.

　　Dated:   **August 23, 2010**　　　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1