# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE ELDERWIN NEWSON, | 1:10cv01491 OWW DLB |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | (Document 3) |
| TODD SCHAFFER, | |
| Defendant. | |
| _____/ | |

Plaintiff Wayne Elderwin Newson ("Plaintiff") is proceeding pro se with his complaint pursuant to 42 U.S.C. § 1983 on August 18, 2010.  Plaintiff also filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates that he is entitled to proceed without prepayment of fees and is therefore GRANTED.


IT IS SO ORDERED.

**Dated:    August 23, 2010**          _____ **/s/ Dennis L. Beck** _____
                                        UNITED STATES MAGISTRATE JUDGE

1